UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TD BANK, N.A. f/k/a TD Banknorth, N.A., <br><br>  Plaintiff, <br><br> v. <br><br> ANNE B. GOLDER and PAUL R. BUCKLEY, JR., PERSONAL REPRESENTATIVE of the ESTATE OF PAUL R. BUCKLEY, SR., <br><br>  Defendants. | CIVIL NO. 2:17-cv-00117-DBH |

### <u>CONSENT</u> MOTION OF PLAINTIFF TD BANK, N.A. TO EXTEND TIME FOR DEFENDANT PAUL R. BUCKLEY, JR. TO FILE AN ANSWER OR OTHERWISE APPEAR AS TO THE COMPLAINT

1. This is a foreclosure action that was instituted by Plaintiff TD Bank, N.A. on April 3, 2017.

2. Defendant Paul R. Buckley, Jr., was served with the original summons and copy of the Complaint on April 13, 2017; making his answer due on May 4, 2017.

3. TD Bank has been contacted by Mr. Buckley's attorney (Thomas Leahy, Esquire of Monaghan Leahy), and the parties are looking towards a possible resolution of this matter via settlement agreement.

4. On September 20, 2017 this Court issued an Order granting Plaintiff's Motion for Extension of Time to Answer which extended Mr. Buckley's answer deadline to November 9, 2017.

5. TD Bank expects that it will take an additional 30 days to finalize the terms of a possible settlement in this matter.

6. TD Bank wishes to allow Mr. Buckley additional time to answer or otherwise respond to the Complaint while settlement is negotiated between the parties.

7. Since Mr. Leahy has not appeared in this case, and towards the goal of avoiding unnecessary fees and costs in this matter, TD Bank now files this Motion with the consent of Mr. Leahy and Mr. Buckley.

WHEREFORE, for all the foregoing reasons, TD Bank request an Order granting Paul Buckley, Jr., an extension through December 11, 2017 to answer or otherwise appear as to the Complaint.

Dated: November 7, 2017

Respectfully submitted,

DUANE MORRIS LLP

 /s/ Andrea T. Holbrook
By:    Brett Messinger
        Andrea T. Holbrook
2 Monument Square, Suite 505
Portland, Maine 04101
blmessinger@duanemorris.com
atholbrook@duanemorris.com
(215) 979-1508/1677
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned matter.

Dated: November 7, 2017        /s/ *Andrea T. Holbrook*
                                Andrea T. Holbrook, Esq.